IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARTHUR H. STEBBINS, et al.,

        Plaintiffs,

                                  CASE NO. 87-30484/RV

vs.

CHARLES A. SOULE, JR., et al.,

        Defendant.
_____/

## ORDER

This case has been pending since 1987. Following a jury trial, judgment was entered against the defendants in 1991, but numerous ancillary matters prevented final resolution of the litigation and the liquidation and distribution of the Central South Industries Employer Stock Ownership Plan and Trust. It now appears that this case should be closed. Fayette Dennison and James C. Robinson, Jr., as ancillary trustees, seek to be awarded compensation for fees and expenses incurred in discharging their duties in this case since the last authorization of July 2, 2001. They also seek to turn over all remaining unclaimed funds and to terminate the trust created in this case. The ancillary trustees have submitted to this court a current schedule of unclaimed accounts, and this schedule is attached hereto and is incorporated into this order.

      I find factually that the ancillary trustees have diligently attempted to distribute all of the trust funds in accordance with this court's prior orders, but a portion of the funds have remained unclaimed for well over five years and further efforts to effect location of beneficiaries appear to be futile. Therefore, I hereby approve and authorize reasonable fees to be paid to Fayette Dennison in the amount of $13,453.46, including expenses; and to James C. Robinson, Jr. in the amount of $2,192.50.

Further, Fayette Dennison shall be paid $1,003.46 to cover the cost of preparing the 2004 and final 2005 Forms 5500. Following the disbursement and transfer of these funds, all funds remaining after payment of all valid claims made through December 29, 2005, shall be transferred by the ancillary trustees to the registry of this court for further disposition pursuant to Title 28, United States Code, Section 2041, or as otherwise provided by law. A final report and accounting shall be submitted by the ancillary trustees after all remaining funds have been paid or transferred in accordance with this order.

Upon the disbursement or transfer of the remaining trust funds as herein authorized, and subject to the filing of all final reports and Forms 5500 for the trust, the ancillary trustees shall be, and are hereby, released and discharged from all further duties and responsibilities related to this case.

DONE and ORDERED this 22nd day of December, 2005.

/s/ Roger Vinson
ROGER VINSON
Senior United States District Judge

Central South Industries, Inc.
Employee Stock Ownership Plan

| Original Employee | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last | First | MI | Deceased | SS# | PACKAGE RETURNED | Percentage to total | Distribution Amount | Last known address | City | State | ZIP CODE |
| BEDSOLE | SHELTON | | 2001 | 417.03.4499 | | 0.082% | 2.96 | 2405 BEAUMONT ST | PENSACOLA | FL | 32504 |
| BOWEN | BARNEY | K | | 259.04.0822 | | 0.540% | 19.53 | ROUTE 4, BOX 80 | HAZELHURST | GA | 31539 |
| BOYETT | LEWIS | R | | 261.13.1138 | | 0.055% | 2.00 | 400 ALLERTON AVE. | PENSACOLA | FL | 32505 |
| CAMPBELL | ROBERT | | 1995 | 255.07.2230 | | 1.446% | 52.30 | 212 NORTH CHURCH ST. | BROOKHAVEN | MS | 39601 |
| COIL | OREN | E | | | | 2.212% | 80.02 | | | | |
| CRAIG | SAM | E | | 409.60.5876 | | 3.238% | 117.13 | 1200 FT PICKENS RD, 4F TRISTAN | PENSACOLA BEACH | FL | 32561 |
| CRIDER | LONNIE | R | | 404.80.7740 | | 0.806% | 29.16 | 283 MAIN | FLORENCE | KY | 41042 |
| DICKERSON | WILEY | | | 423.36.9946 | | 0.350% | 12.66 | 300 E. HICKORY | PENSACOLA | FL | |
| DOVE | DAVE | A | | 215.50.3080 | | 5.065% | 183.22 | 13327 BAAIN RD. | MERCERSBURG | PA | 17236-9520 |
| FISHER | KAREN | L | | 489.58.7709 | | 8.176% | 223.41 | 3000 EAST JOHNSON AVE. | PENSACOLA | FL | 32514 |
| GODWIN | DERA | | | 413.21.7974 | ADD. UNKNOWN | 4.930% | 178.34 | 210 PARK AVE, SUITE 1200 | OKLAHOMA CITY | OK | 73102 |
| GORE | RUSSELL | | | 258.30.7865 | | 1.079% | 39.03 | ROUTE 3, BOX 3580 | TOWNSEND | GA | 31331 |
| GREEN | CHARLES | R | 1999 | | | 1.701% | 61.53 | | | | |
| GRIFFIN | STEVE | | | 422.80.3224 | | 0.506% | 18.30 | 301 WEST BLVD. 600 | BRADENTON | FL | 34205 |
| HARRELL | WILLIAM | R | | 259.78.8360 | | 0.663% | 23.97 | 123 BROADHURST RD | SCREVEN | GA | 31560 |
| HARRIS | JOHN | L | | | | 2.061% | 74.54 | | | | |
| HICKMAN, JR. | MITCHELL | | | 426.21.2084 | | 0.929% | 33.61 | 1028 BIG SPRINGS DRIVE NE | BROOKHAVEN | MS | 39601 |
| HILL | EARL | D | | 427.22.8320 | | 4.706% | 170.24 | 110 BENJAMIN STREET | BROOKHAVEN | MS | 39601 |
| HOOKS | WILLIE | | 2001 | 587.32.7267 | | 3.805% | 137.62 | ROUTE 6, BOX 901 | BROOKHAVEN | MS | 39601 |
| HOWARD | JOHN | B | 1987 | 425.07.2743 | | 0.480% | 17.36 | 2240 BRIGNAL ROAD | BROOKHAVEN | MS | 39601 |
| HOWARD | ROBERT | E | 2001 | 428.26.2934 | | 5.359% | 193.87 | 151 CEDAR STREET | BROOKHAVEN | MS | 39601 |
| JACKSON | DENNIS | | 1997 | 252.76.6289 | | 6.387% | 231.04 | 30 WORLEY STREET | CAMILLA | GA | 31730 |
| JACKSON | ALBERT | | 1992 | 428.26.1514 | | 0.585% | 21.15 | 948 EGYPT CIRCLE | BROOKHAVEN | MS | 39601 |
| JOHNSON | CHARLES | K | 1998 | 426.88.7727 | | 0.898% | 32.49 | ROUTE 2, BOX 542 1/2 | BROOKHAVEN | MS | 39059 |
| JONES | CHARLIE | | | 426.58.4922 | | 0.011% | 0.41 | 139 JONES LANE | BEATRICE | FL | 36425 |
| JONES | CHARLIE | J | 1983 | 263.14.1243 | | 0.718% | 25.98 | 613 N "E" STREET | PENSACOLA | FL | |
| KILLINGSWORTH | EDDIE | | | | | 0.092% | 3.32 | 840 SO. SECOND STREET | BROOKHAVEN | MS | 39601 |
| LENON | DAVID | | | 260.84.5702 | | 0.734% | 26.56 | ROUTE 5, BOX 398 | BRUNSWICK | GA | 31520 |
| LOYD | GEORGE | | | 254.98.9125 | | 4.779% | 172.86 | P.O. BOX 225 | OCHLOCKNEE | GA | 31773 |
| McCORMICK | SHARON | | | 357.62.2580 | | 1.395% | 50.47 | P.O. BOX 3646 | OMARE | NE | 68103 |
| McLENDON | HENRY | | | | | 1.018% | 36.83 | | | | |
| MOORE, JR. | EARNEST | MI | | 258.21.8319 | UNKNOWN | 0.840% | 23.14 | ROUTE 3, BOX 252 J | BRUNSWICK | GA | 31520 |
| MOORER | ERNEST | | | 421.72.8199 | | 1.744% | 63.10 | 813 DIAMOND ROAD | PENSACOLA | FL | 32505 |
| MYRICK | HENRY | | 1997 | 252.64.8857 | | 4.550% | 164.57 | P.O. BOX 213 | CAMILLA | GA | 31730 |
| PITTMAN | LOUIS | A | 1998 | 425.42.6995 | | 5.670% | 205.12 | 105 MARR STREET | BROOKHAVEN | MS | 39601 |
| PRICE | JAMES | K | | 303.62.6472 | | 2.319% | 83.89 | ROUTE 3, BOX 534 A | SUMRALL | MS | 39482 |
| QUALLS | PAUL | T | | 387.62.4374 | | 0.807% | 29.19 | 313 NORTH 13TH | MILWAUKEE | WI | 53233 |
| SCARBOROUGH | LEVEL | | | 428.90.1734 | | 0.767% | 27.73 | 8301 SARACENNIA ROAD | PASCAGOULA | MS | 39563 |
| SCOTT | NATHANIEL | | | 419.09.7665 | | 0.002% | 0.08 | 20 W. ENSLEY STREET | PENSACOLA | FL | 32514 |
| SMITH | CORNELIUS | | | 425.23.6901 | | 2.079% | 75.21 | 2600 BRIGNALL ROAD | BROOKHAVEN | MS | 39601 |
| SPEARS | HENRY | | 1986 | 262.30.2934 | | 2.269% | 82.08 | 1114 N. 7th AVE | PENSACOLA | FL | |
| STEWART | JIM | E | | 252.94.1333 | | 0.537% | 19.44 | 1233 HWY 51 NE | BROOKHAVEN | MS | 39601 |
| TOLER, SR. | ROBERT | | | 416.05.2835 | | 0.000% | 0.01 | ROUTE 5, BOX 174 | PENSACOLA | FL | |
| TOWNSEND | LUTHER | | 1995 | 428.88.9530 | | 4.593% | 166.16 | ROUTE 1, BOX 95 A | PENSACOLA | MS | 39191 |
| WARD | HOWARD | | | 417.09.1216 | | 0.081% | 2.94 | 22 HANCOCK LANE | WESSON | FL | 32503 |
| WARREN | JAMES | W | 1996 | 257.54.9719 | | 3.412% | 123.42 | BOX 423 | NAHUNTA | GA | 31533 |
| WASHINGTON | VERSIE | | | | | 0.085% | 3.06 | ROUTE 2 | WESSON | MS | 39191 |
| WILLIAMS | PAMELA | | | 240.96.3214 | RETURN TO SENDER | 0.589% | 21.30 | 4040 MEBANE ROAD | BURLINGTON | NC | 27215 |
| WILLIAMS | SYLVESTER | | | | | 1.022% | 36.98 | ROUTE 2, BOX 21 | WESSON | MS | 39191 |
| WILSON | WILLIE | F | | 254.21.3208 | | 1.232% | 44.58 | 4284 FIRST STREET | PELHAM | GA | 31779 |
| WITHERS | WILLIE VAN | | 2002 | 427.32.0204 | | 4.796% | 173.50 | 212 ROGERS CIRCLE | BROOKHAVEN | MS | 39601 |
| UNCLAIMED ACCOUNTS | | | | | | 100.000% | 3617.39 | | | | |
| | | | | | DATE ISSUED | | | | | | |
| SHARPE | CAROL | | | 256.92.4984 | 11/05/2002 | | 1733.42 | 248 ALTAMAHA PARK ROAD | BRUNSWICK | GA | 31525 |
| KERR | EUGENE | | | 267.78.8171 | 04/05/2002 | | 35.39 | 6459 WATERMARK COVE | GULF BREEZE | FL | 32563 |
| OUTSTANDING CHECKS | | | | | | | 1768.81 | | | | |
| TOTAL | | | | | | | 5386.20 | | | | |