IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARTHUR H. STEBBINS, et al.,**

      **Plaintiffs,**

                                    CASE NO.  87-30484/RV

vs.

**CHARLES A. SOULE, JR., et al.,**

      **Defendant.**

_____/

**ORDER**

Subsequent to the entry of the order of December 22, 2005, two additional beneficiary claims have been received by the Court.  Upon consideration, the claims are approved and the Clerk is directed to make payment from the registry of the Court to the two beneficiaries as follows:

    (1)    The amount of **$183.22**, payable to

            ANTC FBO Food Lion FBO David A. Dove

            13327 Bain Road

            Mercersburg, PA 17236

    (2)    The amount of **$33.61,** payable to

            Mitchell Hickman

            334 County Road  6481

            Dayton, TX 77535-8248

DONE AND ORDERED this 8th day of July, 2006.

                                        */s/ Roger Vinson*
                                       Senior United States District Judge